Kathleen Cody

Plaintiff

16-CV-10631 DLC

FILED
IN CLERK'S OFFICE
2016 APR 5 PM 4 15
U.S. DISTRICT COURT
DISTRICT OF MASS.

V.

William J. Clinton
Secretary of State William Galvin

Notice of Change of Phone Number

Updated Phone Number: 612-412-9438

Printed: Kathleen Cody