UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


**KATHLEEN CODY**
        **Plaintiff**

     **V.**

**PRESIDENT WILLIAM JEFFERSON CLINTON, ET AL**
        **Defendant**

CIVIL ACTION

NO. 16-10631-GAO

## ORDER OF DISMISSAL

**O'TOOLE   D. J.**

For failure of the plaintiff to file a return of service and/or show good cause why service has not been made, it is hereby ORDERED that the above-entitled action be and hereby is dismissed without prejudice, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure and Local Rule 4.1.

                                                            By the Court,

 **8/4/16**                                                 **/s/ Paul Lyness**
      **Date**                                               **Deputy Clerk**